IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BROADBAND OFFICE, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-411 GMS |
| | ) | |
| UNITED HEALTHCARE | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

WHEREAS, on June 21, 2004, the motion to withdraw the reference was granted and this case was assigned to the undersigned (D.I. 1);

WHEREAS, on March 24, 2006, the Court issued an Order directing the plaintiff to SHOW CAUSE, in writing, within thirty (30) days from the date of the Order, why the above-captioned case should not be dismissed for failure to prosecute (D.I. 5);

WHEREAS, the Plaintiff was also advised that failure to show cause within 30 days would lead to dismissal of this case, without prejudice, and without further notice;

WHEREAS, to date, the court's docket reflects that the plaintiff has not shown cause and has had no further contact with the court.

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

April __27__, 2006

_____
UNITED STATES DISTRICT JUDGE